# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESTON LEE, ) | |
| ) | Civil Action No. 13 – 1255 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| JIN, *Wexford Administrator/Corizon Medical Director*; HEALTH CARE ADMIN IRMA VIHLIDAL; NURSE KEN KUTCHER; SUPERINTENDENT LOUIS FOLINO; JOHN WETZEL, *Secretary of the Pennsylvania DOC*; WEXFORD HEALTH SERVICES, ) | ECF Nos. 32, 41, 44 |
| Defendants. ) | |

## ORDER

For the reasons set forth in this Court's Memorandum Opinion filed contemporaneously herewith,

**IT IS HEREBY ORDERED** that the Motions to Dismiss filed by Dr. Jin (ECF No. 32); Irma Vihlidal, John Wetzel, Ken Kutcher, and Louis Folino (ECF No. 41); and Wexford Health Services (ECF No. 44) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order then a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

Dated: July 30, 2014

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Preston Lee
GH 8160
175 Progress Drive
Waynesburg, PA 15370
(*Via First Class Mail*)

Counsel of Record
(*Via CM/ECF Electronic Mail*)